**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-CV-22764-BLOOM/Otazo-Reyes**

SECURITIES AND EXCHANGE
COMMISSION,

      Applicant,

v.

BRANDON CHARNAS,

      Respondent.

_____/

## NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATON

The undersigned hereby gives Notice to the Court and all attorneys and parties that counsel for the Respondent, John F. Lauro, has changed his address to 400 N. Tampa St., 15th Floor, Tampa, FL 33602 and email address to jlauro@laurosinger.com.

Dated: September 14, 2023

Respectfully submitted,

*/s/ John F. Lauro*
John F. Lauro, Esq.
Florida Bar No. 794074
jlauro@laurosinger.com
LAURO & SINGER
400 N. Tampa St., 15th Floor
Tampa, FL 33602
(813) 222-8990

*Counsel for Respondent Brandon Charnas*

1