**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-mc-22764-BLOOM/Torres**

SECURITIES AND EXCHANGE COMMISION,

     Plaintiff,

v.

BRANDON CHARNAS,

     Defendant.

_____/

## ORDER REFERRING CASE TO MAGISTRATE JUDGE

     Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that this case is **REFERRED** to Chief Magistrate Judge Edwin G. Torres for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendations on any dispositive matter.

     **DONE AND ORDERED** in Chambers at Miami, Florida, on January 9, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record